IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO. 24-274** |
| **KEITH WYNN** | : | |
| | : | |

**ORDER**

**AND NOW,** this 19th day of September, 2025, it is hereby **ORDERED** that Defendant's Motion to Suppress (ECF No. 31) is **GRANTED.**

BY THE COURT:

_____
HON. MIA R. PEREZ