# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 24-274** |
| **KEITH WYNN** | : | |
| | : | |

## ORDER

**AND NOW,** this 1st day of October, 2025, upon consideration of Defendant's Motion to Dismiss Indictment (ECF No. 29) and the Government's response in opposition (ECF No. 30) it is hereby **ORDERED** that the motion is **DENIED.** An appropriate opinion to follow.

BY THE COURT:

_____
HON. MIA R. PEREZ