IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 24-274** |
| **KEITH WYNN** | : | |

**Perez, J.**                                                                                                   **October 31, 2025**

# ORDER

**AND NOW**, this 31st day of October, 2025, upon consideration of the government's Motion to Reconsider (ECF No. 65) and Defendant's response in opposition (ECF No. 67), it is hereby **ORDERED** that the motion is **DENIED**. Opinion to follow.

BY THE COURT:

_____
HON. MIA R. PEREZ